UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERIC SMITH (#132195)**                                                                **CIVIL ACTION**

**VERSUS**

**SGT. ROBERT FRANKLIN, ET AL.**                              **NO. 10-0138-RET-CN**

### O R D E R

This matter comes before the Court on the plaintiff's motion for a certificate of appealability, rec.doc.no. 17. However, inasmuch as it is not necessary for the plaintiff to obtain a certificate of appealability when perfecting an appeal from a judgment entered in a non-habeas proceeding brought pursuant to 42 U.S.C. § 1983,

**IT IS ORDERED** that the plaintiff's motion for a certificate of appealability, rec.doc.no. 17, be and it is hereby **DENIED.**

Signed in chambers in Baton Rouge, Louisiana, September 23, 2010.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**